**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and<br>SANOFI-AVENTIS DEUTSCHLAND GMBH<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP and<br>AMYLIN PHARMACEUTICALS, LLC<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 15-662-GMS<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs, sanofi-aventis U.S. LLC and Sanofi-Aventis Deutschland GmbH, and Defendants, AstraZeneca Pharmaceuticals LP and Amylin Pharmaceuticals, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this action are dismissed with prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the action between the parties.

| | |
|---|---|
| **RATNERPRESTIA** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| By: */s/ Jeffrey B. Bove* | By: */s/ Adam W. Poff* |
| Jeffrey B. Bove (# 998)<br>Karen R. Poppel (# 5373)<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801<br>Tel: (302) 778-2500<br>jbove@ratnerprestia.com<br>kpoppel@ratnerprestia.com | Adam W. Poff (#3990)<br>Kathleen S. McCormick (#4579)<br>Pilar G. Kraman (#5199)<br>1000 North King Street<br>P.O. Box 391<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>apoff@ycst.com<br>kmccormick@ycst.com<br>pkraman@ycst.com |
| *Attorneys for Plaintiffs/Counterclaim Defendants sanofi-aventis U.S. LLC and Sanofi-Aventis Deutschland GmbH* | *Attorneys for Defendants/Counterclaim-Plaintiffs AstraZeneca Pharmaceuticals LP and Amylin Pharmaceuticals LLC* |
| Of Counsel: | Of Counsel: |
| Paul H. Berghoff<br>Joshua R. Rich<br>Jeremy E. Noe<br>Andrew W. Williams<br>James C. Gumina<br>**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>Tel: (312) 913-0001<br>berghoff@mbhb.com<br>rich@mbhb.com<br>noe@mbhb.com<br>williams@mbhb.com<br>gumina@mbhb.com | David I. Berl<br>Dov P. Grossman<br>Anne M. Rucker<br>A. Joshua Podoll<br>Kathryn S. Kayali<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth St. NW<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>dberl@wc.com<br>dgrossman@wc.com<br>arucker@wc.com<br>apodoll@wc.com<br>kkayali@wc.com |
| Dated: October 3, 2016 | Dated: October 3, 2016 |

The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

**SO ORDERED:**

This _____ day of _____, 2016.

_____
HON. GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE